## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

DAVID BAKER,                                     Case No. 1:23-cv-321
      Plaintiff,                             McFarland, J.
                                                 Litkovitz, M.J.

     vs.

CHRISTOPHER LIND, *et al.*,                      **REPORT AND**
      Defendants.                            **RECOMMENDATION**

     Plaintiff David Baker, a resident of Cincinnati, Ohio, filed a pro se civil rights complaint that also named Elijah Bright as a plaintiff.  Mr. Bright filed an application to proceed *in forma pauperis* (Doc. 6), but he did not sign the complaint.  Under Federal Rule of Civil Procedure 11, every pleading, written motion, and other paper shall be signed by the party if not represented by counsel.  Accordingly, the Court issued an Order directing the Clerk to return the original complaint to Mr. Bright for his signature and directing Mr. Bright to return the signed complaint to the Clerk within 30 days of the entry of the Order.  (Doc. 7).  To date, more than 30 days after the entry of that Order, Mr. Bright has failed to sign and return the original complaint to the Clerk.  Because Mr. Bright has not signed the original complaint, he cannot proceed as a plaintiff in this proceeding, and his motion for leave to proceed *in forma pauperis* should be denied.

### IT IS THEREFORE RECOMMENDED THAT:

    1.  Mr. Bright's motion for leave to proceed *in forma pauperis* (Doc. 6) be denied.

Date: 7/17/2023

                                     Karen L. Litkovitz
                                     Chief United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

DAVID BAKER,
      Plaintiff,

      vs.

CHRISTOPHER LIND, *et al.*,
      Defendants.

Case No. 1:23-cv-321
McFarland, J.
Litkovitz, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.  This period may be extended further by the Court on timely motion for an extension.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

2