IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DAVID BAKER, | : | Case No. 1:23-cv-321 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| CHRISTOPHER LIND, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORTS AND RECOMMENDATIONS**

The Court has reviewed the two pending Reports and Recommendations of United States Magistrate Karen L. Litkovitz (Docs. 4 & 14), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff failed to timely file any objections to the Report and Recommendations in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** both Reports and Recommendations (Docs. 4 & 14) in their entirety. Accordingly, the Court **ORDERS** the following:

1. The Complaint (Doc. 1) is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B), **with the exception of** Plaintiff's claims against Defendant Lind in his individual capacity on Plaintiff's Fourth Amendment unlawful search and seizure claim and against Defendant Schofield in his individual capacity on Plaintiff's failure to intervene claim.

2. Elijah Bright's Motion for Leave to Proceed *in forma pauperis* (Doc. 6) is **DENIED**.

IT IS SO ORDERED.

                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF OHIO

                              By: _____
                                  JUDGE MATTHEW W. McFARLAND