IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DAVID BAKER, | : | Case No. 1:23-cv-321 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| CHRISTOPHER LIND, et al., | : | |
| Defendants. | : | |

### ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the pending Report and Recommendation of United States Magistrate Karen L. Litkovtiz (Doc. 22), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Defendant failed to timely file objections to the Report and Recommendation in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 22) in its entirety.

Accordingly, for the reasons stated in the Report and Recommendation, Plaintiff's Motion for Leave to Amend Complaint (Doc. 20) is **DENIED IN PART** as to all official capacity claims, the unlawful search and seizure claim against Defendant Shofield (Claims 1 and 2), the civil conspiracy claim against both Defendants (Claim 3), the supervisor liability claim against Defendant Shofield (Claim 5), and the intentional infliction of emotional distress claim against both Defendants (Claim 6). Further, Plaintiff's Motion for Extension of Time (Doc. 8) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

                                                      UNITED STATES DISTRICT COURT
                                                     SOUTHERN DISTRICT OF OHIO

By: _____
                                              JUDGE MATTHEW W. McFARLAND