**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| DAVID BAKER, *et al.*, | : | Case No. 1:23-cv-321 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | |
| Christopher Lind, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 31)

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 31), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, this case is **DISMISSED** with prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Furthermore, pursuant to U.S.C. § 1915(a), it is hereby certified that any appeal of this Order would not be taken in good faith and that Plaintiffs are denied leave to appeal *in forma pauperis*. Defendants' Motion to Dismiss (Doc. 24) is **DENIED AS MOOT**. This case shall be **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND